## Shackelford *et al. v.* Orris.

Fish, C. J. Under the decree formerly rendered in regard to the trust estate involved in the present litigation, and the adjudication of this court in regard thereto in *Shackelford* v. *Covington,* 130 *Ga.* 858 (61 S. E. 984), there was no error in directing a verdict in favor of the defendant.

> *Judgment affirmed. Beck, J., absent. The other Justices concur.*
> August 10, 1910.

Ejectment. Before Judge Hammond. Richmond superior court. June 26, 1909.

*Salem Dutcher,* for plaintiffs. *Hamilton Phinizy,* for defendant.